# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHENECQUA BUTT, et al. : CIVIL ACTION

v. :

UNITED BROTHERHOOD OF CARPENTERS : NO. 09-4285
& JOINERS OF AMERICA, et al.

## ORDER

AND NOW, this 19th day of May, 2910, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. No. 15) is DENIED, except as noted in the foregoing Memorandum.

2. Plaintiffs may file a Second Amended Complaint within fourteen (14) days as outlined in the foregoing Memorandum.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4285 Butt v. United Brotherhood\butt v. United - Order Mot Dismiss.wpd