IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENECQUA BUTT, ALLEGRA KING, | : | CIVIL ACTION |
| TANYA MITCHELL, THERESA HOWARD, | : | |
| and ELLEN BRONSON, | : | |
|                Plaintiffs, | : | |
| | : | |
|    v. | : | |
| | : | |
| UNITED BROTHERHOOD OF CARPENTERS | : | |
| & JOINERS OF AMERICA, EDWARD | : | |
| CORYELL, and MARK DURKALEC, | : | |
|                Defendants. | : | NO. 09-4285 |

**ORDER**

AND NOW, on this 26th day of January, 2012, upon careful consideration of Defendants' Motion for Summary Judgment (ECF No. 40), the parties' briefing, and the oral arguments by the parties on December 19, 2011—and for the reasons in the accompanying Memorandum—it is hereby ORDERED that:

(1) Defendants' Motion for Summary Judgment is GRANTED.

(2) Plaintiffs' Complaints in this consolidated case are DISMISSED.

(3) Judgment is ENTERED in favor of Defendants and against Plaintiffs.

(4) The Clerk of Court is directed to close this case, Docket No. 09-4285, as well as the associated cases, Docket Nos. 10-2633 and 10-3269.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4285 Butt v. United Brotherhood\Butt SJ Order.wpd