IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENECQUA BUTT, et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 09-4285 |
| | : | |
| UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, et al | : : : | |
| THERESA HOWARD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-374 (consolidated with 09-4285) |
| | : | |
| METROPOLITAN REGIONAL COUNSEL OF CARPENERTS & JOINERS OF AMERICA, et al | : : : | |

## ORDER

**AND NOW** this 16th day of June, 2016, upon review of Defendants' Motions in Limine pertaining to Dr. Philip Taylor (Docs. 141, 142) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that said Motions are **GRANTED IN PART** and **DENIED IN PART.** Plaintiffs are precluded from offering testimony from Dr. Taylor about legal conclusions or witness credibility.

                                                 **BY THE COURT:**

                                                 /s/ David R. Strawbridge
                                                 **David R. Strawbridge**
                                                 **United States Magistrate Judge**