IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RYAN M. PADDICK | : | CIVIL ACTION |
| Movant | : | |
| v. | : | NO.: 09-4285 |
| | : | |
| SHENECQUA BUTT; THERESA HOWARD; and. | : | |
| ELLEN BRONSON, a/k/a ELLEN BROWN | : | |
| Respondents | : | |

| RYAN M. PADDICK | : | CIVIL ACTION |
| Movant | : | |
| v. | : | NO.: 13-374 |
| | : | |
| THERESA HOWARD | : | |
| Respondent | : | |

**ORDER**

AND NOW, this 24th day of May, 2018, following the issuance of our Order to Show Cause (09-4285, Doc. 358; 13-374, Doc. 166); Thompson's response thereto (09-4285, Doc. 362; 13-374, Doc. 170); the hearing held on May 16, 2018, and for the reasons set out in this Court's accompanying Memorandum and Opinion, **IT IS HEREBY ORDERED THAT:**

1. Thompson shall disburse to Paddick his award of 54,562.73 by **June 1, 2018**.

2. Thompson may disburse the remainder of the $133,000 attorney fee, $78,437.27, to herself.

3. The remainder of the fund shall be disbursed to the plaintiffs (less costs) by **June 1, 2018**.

4. To the extent that she needs to, Thompson shall reimburse the escrow account sufficient funds to cover such disbursements.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE
