IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
JUN 1 8 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

| RYAN M. PADDICK | : | CIVIL ACTION |
| Movant | : | |
| v. | : | NO.: 09-4285 |
| | : | |
| SHENECQUA BUTT; THERESA HOWARD; and | : | |
| ELLEN BRONSON, a/k/a ELLEN BROWN | : | |
| Respondents | : | |

| RYAN M. PADDICK | : | CIVIL ACTION |
| Movant | : | |
| v. | : | NO.: 13-374 |
| | : | |
| THERESA HOWARD | : | |
| Respondent | : | |

## ORDER

AND NOW, this 18th day of June, 2018, upon consideration of Sandra Thompson, Esq.'s Motion to "(1) Stay execution pending appeal of the May 24, 2018 Order. . . pursuant to Fed. R. Civ. P. 62 and (2) to approve superseadeas bond," (Doc. 370), Ryan Paddick, Esq.'s response (Doc. 371), Shenecqua Butt's response (Doc. 374), Ellen Brown's response (Doc. 378), and Thompson's reply thereto (Doc. 375), and for the reasons set out in our accompanying Memorandum and Opinion, **IT IS HEREBY ORDERED THAT:**

1. Thompson's motion is **DENIED.**

2. Thompson shall disburse funds in her escrow account in accordance with our May 24, 2018 order by **June 25, 2018**. (Doc. 369.)

BY THE COURT:

/s/ David R. Strawbridge

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE