IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN M. PADDICK, | : | CIVIL ACTION |
|     Movant | : | |
| v. | : | NO.: 09-4285 |
| | : | |
| SHENECQUA BUTT; THERESA HOWARD; and | : | |
| ELLEN BRONSON, a/k/a ELLEN BROWN; | : | |
|     Respondents. | : | |

| | | |
|---|---|---|
| RYAN M. PADDICK, | : | CIVIL ACTION |
|     Movant | : | |
| v. | : | NO.: 13-374 |
| | : | |
| THERESA HOWARD, | : | |
|     Respondent. | : | |

**ORDER**

AND NOW, this 9th day of October, 2018, following upon Movant Ryan M. Paddick's Praecipe for Judgment upon Garnishee (Doc. 421), and it having been determined that Garnishee Fulton Bank possesses property of Respondent Sandra Thompson, Esq.'s in her trust account, and for the reasons set out in this Court's accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall **ENTER JUDGMENT** against Garnishee Fulton Bank for **$57,960.28.**

2. Garnishee Fulton Bank shall **DISTRIBUTE $57,960.28** to Paddick, as well as **$3.45 in daily interest** from May 24, 2018 until the date payment is made.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE