IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN M. PADDICK | : | CIVIL ACTION |
|     Movant | : | |
| v. | : | NO. 09-4285 |
| | : | |
| SHENECQUA BUTT; THERESA HOWARD; and. | : | |
| ELLEN BRONSON, a/k/a ELLEN BROWN | : | |
|     Respondents | : | |
| RYAN M. PADDICK | : | CIVIL ACTION |
|     Movant | : | |
| v. | : | NO. 13-374 |
| | : | |
| THERESA HOWARD | : | |
|     Respondent | : | |

## ORDER

AND NOW, this 27th day of December, 2018, upon consideration of Ryan Paddick, Esq.'s Motion for Contempt (Doc. 393), Sandra Thompson, Esq.'s Response in Opposition (Doc. 406) and Brief in Opposition to the Motions for Contempt (Doc 406-5), Paddick's Pre-Hearing Memorandum (Doc. 444), Thompson's Pre-Hearing Memorandum (Doc. 443), Paddick's post-hearing Summary of Costs and Time (Doc. 445), and Thompson's Reply thereto (Doc. 447), and for the reasons set forth in our accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Paddick's "Motion for Order of Contempt" is **GRANTED**.

2. Thompson will be held in civil contempt for her non-compliance with our June 18, 2018 Order. (Doc. 381.)

3. Thompson shall compensate Paddick **$14,760.50** for the attorney time he incurred as a result of her non-compliance with our Order. This payment shall be made by **Thursday, January 10, 2019.**

1

**IT IS SO ORDERED.**

BY THE COURT:

Date: December 27, 2018         /s/ David R. Strawbridge, USMJ
                                DAVID R. STRAWBRIDGE
                                UNITED STATES MAGISTRATE JUDGE