UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2272
_____

SHENECQUA BUTT; ALLEGRA KING; TANYA MITCHELL; THERESA
HOWARD; ELLEN BRONSON

v.

UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA;
CARPENTERS HEALTH & WELFARE FUND OF PHILADELPHIA & VICINITY;
EDWARD CORYELL; MARK DURKALEC; PHILADELPHIA HOUSING
AUTHORITY; METROPOLITAN REGIONAL COUNCIL OF CARPENTERS AND
JOINERS OF AMERICA

SANDRA THOMPSON,
Appellant

_____

No. 18-2273
_____

THERESA HOWARD

v.

PHILADELPHIA HOUSING AUTHORITY; METROPOLITAN REGIONAL
COUNCIL OF CARPENTERS AND JOINERS OF AMERICA; EDWARD CORYELL,
SR. (OFFICIALLY AND PERSONALLY); MARK DURKALEC (OFFICIALLY AND
PERSONALLY)

SANDRA THOMPSON,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 2-09-cv-04285; 2-13-cv-00374)
Magistrate Judge: The Honorable David R. Strawbridge

---

Submitted on November 12, 2020

Before: HARDIMAN, SCIRICA, and RENDELL, *Circuit Judges*.

---

JUDGMENT

---

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 27, 2018, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 8, 2021

Certified as a true copy and issued in lieu of a formal mandate on   June 30, 2021

Teste:  *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

Pursuant to Rule 39(d), costs taxed in favor of Appellee, Ryan Paddick, added hereto on July 7, 2021 as follows:

Brief:          $30.61
Appendix:       $73.16
Reply Brief:    $17.01

TOTAL:          $120.78

**Certified as a true copy and issued in lieu of a formal mandate on** 07/07/2021 (Amended Mandate)

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**